# EXHIBIT A

# Original Notice

*Provence Hall Corp Systems*
*729 Mrs. Avenue*

### IN THE IOWA DISTRICT FOR JOHNSON COUNTY

| | | |
|---|---|---|
| DEBRA KROHN, | ) | |
| Plaintiff, | ) | C.L. No. LACV67142 |
| v. | ) | |
| CAPITAL ONE AUTO FINANCE, INC., TRANSUNION LLC, and EXPERIAN INFORMATION SYSTEMS, INC., | ) ) ) | ORIGINAL NOTICE |
| Defendants. | ) | |

TO THE ABOVE-NAMED DEFENDANT:

You are hereby notified that a petition has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The attorney for the plaintiff is Ray Johnson, whose address is Johnson Law Firm, 950 Office Park Rd., Suite 335, West Des Moines, Iowa 50265. That attorney's phone number is (515) 224-7090.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the clerk of Court for Johnson County, at the county courthouse in Iowa City, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 281-5969 (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

LODEMA BERKLEY
CLERK OF COURT
Iowa City, Iowa

### IMPORTANT

YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.